**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Marcus Deshon PATTON, Defendant—Appellant.**

No. 05–30371.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.*

Decided Sept. 14, 2006.

Gregory A. Gruber, Esq., USTA—Office of the U.S. Attorney, Tacoma, WA, Kent Y. Liu, Esq., USSE—Office of the U.S.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Attorney, Seattle, WA, for Plaintiff–Appellee.

Mary Anne Royle, Esq., Law Offices of Mary Anne Royle, Vancouver, WA, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Federal prisoner Marcus Deshon Patton appeals from his 151–month sentence imposed following a guilty plea to possession of cocaine base with intent to distribute, and being a felon in possession of a firearm.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

**DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).